**Opinion issued May 13, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00127-CV

————————————

**JALEN THIBODEAUX, Appellant**

**V.**

**SHONTEL SHERICE THIBODEAUX, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-73076**

---

## MEMORANDUM OPINION

Appellant, Jalen Thibodeaux, appealed from the trial court's March 9, 2021 order granting in part and denying in part his plea to the jurisdiction and motion to dismiss. On April 26, 2021, appellant filed a "Notice of Withdrawal of Appeal," stating that he "no longer desires to appeal" the trial court's March 9, 2021 order.

We construe appellant's "Notice of Withdrawal of Appeal" as a motion to dismiss the appeal.

Appellant's motion does not include a certificate of conference stating that appellant had conferred, or made a reasonable effort to confer with appellee, Shontel Sharice Thibodeaux, regarding the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.